IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

FT. MEYERS DIVISION
CASE NO. 2:07-cv-663-FtM-29SPC

ATLAS TILE AND MARBLE
COMPANY, INC.,

       Plaintiff,

v.

CORE CONSTRUCTION
SERVICES, S.E., INC., a
Florida corporation and ROMI,
LLC, a Florida corporation,

       Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, Plaintiff, ATLAS TILE AND MARBLE COMPANY, INC., dismisses without prejudice all claims in the above-styled action as against all Defendants.

Dated this 16th day of January, 2008.

*Respectfully submitted*,

By: *s/Paul K. Silverberg*
     Paul K. Silverberg, Esq.
     Fla. Bar No. 147877
     SILVERBERG & WEISS, P.A.
     T*rial Counsel for Plaintiff*
     2665 Executive Park Drive, Suite 2
     Weston, Florida 33331
     (954) 384-0998 tel.
     (954) 384-5390 fax.
     psilverberg@pkslegal.com email

CASE NO. 2:07-cv-663-FtM-29SPC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically by using the CM/ECF system and has been furnished using the same this 16th day of January, 2008 to Ryan W. Owen, Esq., Norton, Hammersley, Lopez & Skokos, P.A., 1819 Main Street, Suite 610, Sarasota, Florida 34236 and Aaron Haak, Esq., Knott, Consoer, Ebelini, Hart & Swett, P.A., 1625 Hendry Street, Third Floor, P.O. Box 2449, Fort Myers, Florida 33902-2449.

By: *s/Paul K. Silverberg*